UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN J. BECHTOLD, et al.,<br><br>    Defendants. | Case No. 18-cv-02062-SI<br><br>**JUDGMENT** |

This action is dismissed because the only claim over which the court has jurisdiction fails to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: July 31, 2018

_____
SUSAN ILLSTON
United States District Judge